# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Obadiah Doctor, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00838-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| David Mitchell | ) | |
| Ken Beaver | | |
| FNU Hoyle | | |
| Dennis Marshall | | |
| FNU Harris | | |
| C. Parker | | |
| FNU Melin, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 22, 2016 Order.

December 22, 2016

Frank G. Johns, Clerk
United States District Court